# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>**CHANDLER MOORE**<br>*Defendant* | Case No. 3:18-CR-00057-004<br>2020-0821-1960-B<br>FID# 10816258<br>USMS# 01135-120 |

*Stamp: 2020 AUG 21 PM 12:00 U.S. MARSHALS SVC MIDDLE GEORGIA*

## BENCH WARRANT FOR ARREST

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHANDLER MOORE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

FAILURE TO SELF SURRENDER TO BUTTS COUNTY DETENTION CENTER AS ORDERED

This is a bench warrant issued at the direction of C. ASHLEY ROYAL, U.S. District Judge, Middle District of Georgia. No bail is allowed under the warrant unless permission of the Court in obtained.

Date: August 21, 2020

s/ Amy N. Stapleton
*Issuing officer's signature*

City and state: MACON, GEORGIA

Amy N. Stapleton, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-57-004(CAR) |
| CHANDLER MOORE | |

### ORDER REVOKING VOLUNTARY SURRENDER

On August 6, 2020, Chandler Moore was sentenced to the custody of the Bureau of Prisons for a period of 46 months for the offense of Possession with Intent to Distribute Methamphetamine. He requested voluntary surrender. The Court granted his request and ordered that he surrender to the Butts County Detention Center, Jackson, Georgia, on August 17, 2020. The defendant failed to surrender, as directed.

For good and sufficient cause shown to the Court, **IT IS HEREBY ORDERED** that the order granting voluntary surrender be revoked and bench warrant issued. The U.S. Marshals Service is hereby directed to assume immediate custody of the defendant to begin serving the sentence imposed on August 6, 2020.

SO ORDERED this 21st day of August, 2020.

s/C. Ashley Royal
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:18-CR-00057-004 (CAR) |
| CHANDLER MOORE | |

### ORDER TO SURRENDER

At the time of sentencing, the above-named defendant requested to be permitted to voluntarily surrender at such prison facility designated by the BUREAU OF PRISONS for the service of the sentence this day imposed upon the defendant by the court. Upon a finding by the court that VOLUNTARY SURRENDER is appropriate in this case, IT IS HEREBY ORDERED AND DIRECTED that said defendant voluntarily surrender as directed by the U.S. Probation Office and all costs of said VOLUNTARY SURRENDER be borne by the defendant. Until VOLUNTARY SURRENDER, the defendant shall remain subject to provisions of any ORDER OF RELEASE heretofore entered.

SO ORDERED this __6__ day of __August__, 2020.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

*To report to Butts County Jail at 4p.m. on Monday August 17, 2020. —CRW*

### ACKNOWLEDGMENT OF DEFENDANT

I hereby acknowledge that the foregoing order has been explained to me. I agree to voluntarily report as directed by the U.S. Probation Office and understand that if I fail to do so, I may be subject to additional prosecution under the provisions of 18 USC §3146 which would expose me to a consecutive imprisonment sentence.

Dated this __6__ day of __August__, 2020.

_____        _____
ATTORNEY/WITNESS                                              DEFENDANT